# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Andre Battle
                        Plaintiff,

v.                                           Case No.: 1:25−cv−06815
                                                                Honorable LaShonda A. Hunt

Gameday Spirit, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendant's motion to dismiss [13] was not accompanied by the required notice of presentment or meet and confer requirement and certification and is therefore summarily stricken. The 8/25/25 joint initial status report deadline and 8/28/25 telephonic status hearing [12] stand. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.