UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE BATTLE, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:25-CV-6815 |
| v. ) ) | Honorable LaShonda A. Hunt |
| GAMEDAY SPIRIT, INC., ) ) | |
| Defendant. ) | |

**DEFENDANT'S AMENDED OPPOSED MOTION TO DISMISS COMPLAINT**

NOW COMES Defendant, GAMEDAY SPIRIT, INC., by and through its attorneys, Ryan T. Benson, and hereby moves to dismiss Plaintiff ANDRE BATTLE's Complaint, pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(1) (the "Motion"). For the reasons set forth below and in the accompanying Memorandum filed contemporaneously, the opposed Motion is due to be granted.

1. Plaintiff, Andre Battle ("Plaintiff"), filed the instant complaint (the "Complaint") against Defendant, Gameday Spirit, Inc. ("Deaconess"), asserting claims under Title III of the Americans with Disabilities Act (the "ADA")(Count I), 42 U.S.C. §§ 12181-12189 and a claim for Declaratory Relief (Count II).

2. Plaintiff alleges in his Complaint that he visited the website of Defendant on May 14, 2025 and it was not accessible to him to buy Purdue themed merchandise with his screen reader.

3. Plaintiff requests injunctive relief and compensatory damages from Defendant.

4.     However, Plaintiff's Complaint fails at a threshold level because Plaintiff lacks standing to bring the claims against Defendant. Plaintiff does not allege a real and immediate threat of injury because Defendant no longer sells Purdue themed merchandise and his claims are moot.

WHEREFORE, this Court should dismiss Plaintiff's Complaint in its entirety. For these reasons and reasons outlined in the Memorandum in Support of this Motion, this Court should grant Gameday Spirit, Inc.'s Motion to Dismiss, and grant such other, further relief as this Court deems just.

## **MEET AND CONFER CERTIFICATION**

On July 31, 2025, Defendant's counsel spoke to Plaintiff's counsel regarding the Motion to Dismiss and Plaintiff's counsel opposed the motion.

Plaintiff and Defendant propose that Plaintiff have 28 days to file a Response and Defendant be given 14 days to Reply.

Dated: August 21, 2025                                                           Respectfully submitted:

*/s/ Ryan T. Benson*
Counsel for Defendant

Ryan T. Benson (ARDC No. 6312338)
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
rbenson@ohaganmeyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025 the foregoing was filed electronically with the Court's CM/ECF system, with notice to be served by operation of the Court's CM/ECF system upon the following:

Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Tel:+| 718-705-8706
Fax: +1 718-705-8705
Uri@Horowitzlawpllc.com

*/s/ Ryan T. Benson*
Ryan T. Benson (ARDC No. 6312338)
Steven J. Molitor (ARDC No. 6317574)
O'HAGAN MEYER LLC
One East Wacker Drive
Suite 3400
Chicago, IL 60601
312-422-6100
rbenson@ohaganmeyer.com
smolitor@ohaganmeyer.com
*Counsel for Defendant*

3